HARVEY CHALMERS & SON, INC., Respondent, *v.* STATE OF NEW YORK, Appellant.

Argued October 9, 1947; decided November 13, 1947.

*Nathaniel L. Goldstein, Attorney-General (Donald C. Glenn, Wendell P. Brown* and *Arthur W. Mattson* of counsel), for appellant.

*Coleman Taylor* for respondent.

Order affirmed, without costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., CONWAY, DESMOND and FULD, JJ.; LEWIS, THACHER and DYE, JJ., dissent upon the ground that the paper filed was not a claim within the meaning of the statute.